# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELIZABETH HATCHER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration

CASE NUMBER: C07-5019RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

| | |
|---|---|
| September 11, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |